TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN












TEXAS
COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00229-CV
 
 




 

 

Stephanie Anderson, Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 




 
 
 FROM THE 146th
 District Court OF Bell COUNTY, 
 NO. 237,522-B,
 The Honorable Rick Morris, JUDGE
 PRESIDING
 
 




 

 


 
 
                                                                      O
 R D E R
 PER CURIAM
 Appellant Stephanie Anderson
 filed her notice of appeal on April 9, 2012.  The appellate record was complete April 19, 2012, making appellant=s brief due May 9, 2012.  On May 15, 2012, counsel for appellant
 filed a motion for extension of time to file his brief.
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule constrains this
 Court’s leeway in granting extensions. 
 In this instance, we will grant the motion and order counsel to file
 appellant=s brief
 no later than June 1, 2012.  If the brief is not filed by that date,
 counsel may be required to show cause why he should not be held in contempt of court.
 It is ordered on May 17, 2012.
  
 Before
 Justices Puryear, Henson and Goodwin